**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| LINDA J. ROSSBACH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASCO DATA SECURITY INTERNATIONAL, INC., T. KENDALL HUNT, and CLIFFORD K. BOWN,<br><br>Defendants. | No. 1:15-cv-06605<br><br>CLASS ACTION<br><br>Hon. Andrea R. Wood |

**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT IN FAVOR OF VASCO DATA SECURITY INTERNATIONAL, INC., T. KENDALL HUNT, and CLIFFORD K. BOWN**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Lead Plaintiff John Bunk hereby lodges the [Proposed] Judgment in Favor of Defendants Vasco Data Security International, Inc., T. Kendall Hunt, and Clifford K. Bown.

Dated: October 22, 2018

Respectfully submitted,

/s/ Adam C. McCall

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
Email: amccall@zlk.com
*pro hac vice to be submitted*

*Attorneys for John F. Bunk and Lead Counsel for Class*