**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA J. ROSSBACH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASCO DATA SECURITY INTERNATIONAL, INC., T. KENDALL HUNT, and CLIFFORD K. BOWN,<br><br>Defendants. | No. 1:15-cv-06605<br><br><u>CLASS ACTION</u><br><br>Judge Andrea R. Wood |

**FINAL JUDGMENT**
**IN FAVOR OF VASCO DATA SECURITY INTERNATIONAL, INC.,**
**T. KENDALL HUNT, and CLIFFORD K. BOWN**

WHEREAS, on September 30, 2018, the Court issued an order granting Defendants' motion to dismiss the Complaint (Dkt. No. 110) with leave to amend.

WHEREAS, Lead Plaintiff John Bunk has decided not to file an amended complaint pursuant to the September 30, 2018 Order.

WHEREAS, each party has agreed to bear their own costs in connection with this action.

WHEREAS, this action is now dismissed with prejudice and judgment is hereby entered in favor of all Defendants.

**IT IS SO ORDERED.**

Dated: November 2, 2018

Andrea R. Wood
United States District Judge